Monthly Operating Report
CASH BASIS

CASE NAME: Greenville Realty Associates LP
CASE NUMBER: 16 41993
JUDGE:

# UNITED STATES BANKRUPTCY COURT

## NORTHERN & EASTERN DISTRICTS OF TEXAS

## REGION 6

## MONTHLY OPERATING REPORT

MONTH ENDING: NOV 2016
                              MONTH     YEAR

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (CASH BASIS-1 THROUGH CASH BASIS-6) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT, AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

RESPONSIBLE PARTY:

_____  PARTNER
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY      TITLE

ANDREW PERKAL
_____  _____
PRINTED NAME OF RESPONSIBLE PARTY      DATE

PREPARER:

_____  PARTNER
ORIGINAL SIGNATURE OF PREPARER      TITLE

ANDREW PERKAL
_____  _____
PRINTED NAME OF PREPARER      DATE

**Monthly Operating Report**
CASH BASIS-1

CASE NAME: Graville Kelly Desoto LP

CASE NUMBER: 16-41993

| CASH RECEIPTS AND DISBURSEMENTS | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | -1514.45 | | | |
| **RECEIPTS** | | | | |
| 2. CASH SALES | | | | |
| 3. ACCOUNTS RECEIVABLE COLLECTIONS | | | | |
| 4. LOANS AND ADVANCES | | | | |
| 5. SALE OF ASSETS | | | | |
| 6. LEASE & RENTAL INCOME | 56570.80 | | | |
| 7. WAGES | | | | |
| 8. OTHER (ATTACH LIST) | | | | |
| 9. TOTAL RECEIPTS | | | | |
| **DISBURSEMENTS** | | | | |
| 10. NET PAYROLL | 4954.— | | | |
| 11. PAYROLL TAXES PAID | 1214.31 | | | |
| 12. SALES, USE & OTHER TAXES PAID | | | | |
| 13. INVENTORY PURCHASES | | | | |
| 14. MORTAGE PAYMENTS | | | | |
| 15. OTHER SECURED NOTE PAYMENTS | | | | |
| 16. RENTAL & LEASE PAYMENTS | | | | |
| 17. UTILITIES | 11241.93 | | | |
| 18. INSURANCE | | | | |
| 19. VEHICLE EXPENSES | | | | |
| 20. TRAVEL | | | | |
| 21. ENTERTAINMENT | | | | |
| 22. REPAIRS & MAINTENANCE | 1007.25 | | | |
| 23. SUPPLIES | | | | |
| 24. ADVERTISING | | | | |
| 25. HOUSEHOLD EXPENSES | | | | |
| 26. CHARITABLE CONTRIBUTIONS | | | | |
| 27. GIFTS | | | | |
| 28. OTHER (ATTACH LIST) | 613.42 | | | |
| 29. TOTAL ORDINARY DISBURSEMENTS | | | | |
| **REORGANIZATION EXPENSES** | | | | |
| 30. PROFESSIONAL FEES | | | | |
| 31. U.S. TRUSTEE FEES | | | | |
| 32. OTHER (ATTACH LIST) | | | | |
| 33. TOTAL REORGANIZATION EXPENSES | | | | |
| 34. TOTAL DISBURSEMENTS | | | | |
| 35. NET CASH FLOW | | | | |
| 36. CASH - END OF MONTH | 36024.80 | | | |

p81

# Monthly Operating Report
**CASH BASIS-1A**

CASE NAME: Brewlly Realty Associates LP

CASE NUMBER: 16-41993

**CASH DISBURSEMENTS DETAIL**      MONTH: _____

| | DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | **TOTAL CASH DISBURSEMENTS** | | | |

**BANK ACCOUNT DISBURSEMENTS**

| CK# | DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| Draft | 11/2 | Atmos | util | 1305.16 |
| Draft | 11/2 | Atmos | util | 572.24 |
| Draft | 11/2 | Atmos | util | 55.53 |
| Draft | 11/2 | Bmk CC | bank charges | 12.00 |
| Draft | 11/2 | NSF (Bank) | NSF | 405.00 |
| Draft | 11/3 | Broadway Data | payroll exp | 79.23 |
| Draft | 11/4 | Payroll Taxes | payroll Taxes | 302.78 |
| 1357 | 11/4 | Jason Kinser | payroll | 464.87 |
| 1358 | 11/4 | Alec Kirklen | payroll | 420.11 |
| 1359 | 11/4 | Sharon Kirklen | payroll | 417.63 |
| Draft | 11/7 | Bank | bank charges | 15.00 |
| Draft | 11/10 | Broadway Database | payroll exp | 34.23 |
| Draft | 11/11 | Taxes | payroll Taxes | 296.47 |
| 1360 | 11/11 | Jason Kinser | payroll | 448.57 |
| 1361 | 11/11 | Alec Kirklen | payroll | 402.11 |
| 1362 | 11/11 | Sharon Kirklen | payroll | 417.63 |
| | | **TOTAL BANK ACCOUNT DISBURSEMENTS** | | See pg 2 |

**TOTAL DISBURSEMENTS FOR THE MONTH** | |

pg 2

**Monthly Operating Report**
**CASH BASIS-1A**

CASE NAME: Greenville Reedy Associates LP

CASE NUMBER: 16-41993

CASH DISBURSEMENTS DETAIL                    MONTH: _____

### CASH DISBURSEMENTS

| DATE | PAYEE | PURPOSE | AMOUNT |
|------|-------|---------|--------|
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |

TOTAL CASH DISBURSEMENTS

### BANK ACCOUNT DISBURSEMENTS

| CK# | DATE | PAYEE | PURPOSE | AMOUNT |
|-----|------|-------|---------|--------|
| Draft | 11/14 | Time Warner Cable | Internet/util | 90.43 |
| 1256 | 11/14 | Supreme Steam | Carpet cleans | 104.25 |
| Draft | 11/17 | Broadway database | payroll ex | 34.23 |
| Draft | 11/18 | Hilkes Lawn Service | Landscape | 900 |
| Draft | 11/18 | Taxes | payroll taxes | 296.42 |
| 1363 | 11/18 | Jason Kinser | payroll | 448.57 |
| 1364 | 11/18 | Sharon Kirklen | payroll | 417.63 |
| 1365 | 11/18 | Alejandro Sanchez | payroll | .96 |
| Draft | 11/25 | Taxes | payroll tax | 318.64 |
| Draft | 11/25 | Broadway Database | payroll exp | 34.23 |
| 1366 | 11/25 | Jason Kinser | payroll | 505.41 |
| 1367 | 11/25 | Sharon Kirklen | payroll | 417.63 |
| 1368 | 11/25 | Alejandro Sanchez | payroll | 498.- |
| Draft | 11/29 | Guess Util | elec HSLts | 63.92 |
| Draft | 11/29 | Guess Util | elec HSLts | 64.50 |
| Draft | 11/29 | Guess Util | elec HSLts | 79.01 |

TOTAL BANK ACCOUNT DISBURSEMENTS

TOTAL DISBURSEMENTS FOR THE MONTH

pg 3

**Monthly Operating Report**
**CASH BASIS-1A**

**CASE NAME:** Granville Realty Associates LP
**CASE NUMBER:** 16-41993

**CASH DISBURSEMENTS DETAIL**            **MONTH:** _____

### CASH DISBURSEMENTS

| | DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | **TOTAL CASH DISBURSEMENTS** | | | |

### BANK ACCOUNT DISBURSEMENTS

| CK# | DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| Draft | 11/29 | Geuss Util | Elec HSLTS | 19.40 |
| Draft | 11/29 | Geuss Util | Elec HSLTS | 21.77 |
| Draft | 11/29 | Geuss Util | Elec HSLTS | 19.01 |
| Draft | 11/29 | Geuss Util | Elec HSLTS | 26.90 |
| Draft | 11/29 | Geuss Util | Elec HSLTS | 19.01 |
| Draft | 11/29 | Geuss Util | Elec HSLTS | 24.54 |
| Draft | 11/29 | Geuss Util | Elec HSLTS | 36.17 |
| Draft | 11/29 | Geuss Util | Water/sewer | 2809.53 |
| Draft | 11/29 | Geuss Util | Water/sewer | 856.28 |
| Draft | 11/29 | Geuss Util | Water/sewer | 885.82 |
| Draft | 11/29 | Geuss Util | Water/sewer | 2178.75 |
| Draft | 11/29 | Geuss Util | Elec Htr | 5206 |
| Draft | 11/29 | Atmos Util | Gas | 1361.59 |
| Draft | 11/29 | Atmos Util | Gas | 710 |
| Draft | 11/29 | Atmos Util | Gas | 49.31 |
| | | **TOTAL BANK ACCOUNT DISBURSEMENTS** | | 19031.52 |
| | | **TOTAL DISBURSEMENTS FOR THE MONTH** | | 19031.52 |

**Monthly Operating Report**
CASH BASIS-4A

CASE NAME: Greenville Realty Assets, LP
CASE NUMBER: 16-41993

MONTH: _____

| ACCOUNTS RECEIVABLE AGING | SCHEDULE AMOUNT | MONTH | MONTH | MONTH |
|---|---|---|---|---|
| 1. 0 - 30 | 4890.43 | | | |
| 2. 31 - 60 | | | | |
| 3. 61 - 90 | | | | |
| 4. 91 + | | | | |
| 5. TOTAL ACCOUNTS RECEIVABLE | | | | |
| 6. AMOUNT CONSIDERED UNCOLLECTIBLE | 0 | | | |
| 7. ACCOUNTS RECEIVABLE (NET) | | | | |

| AGING OF POSTPETITION TAXES AND PAYABLES  N/A | 0 - 30 DAYS | 31-60 DAYS | 90+ DAYS | Total |
|---|---|---|---|---|
| TAXES PAYABLE | | | | |
| 1. FEDERAL | | | | |
| 2. STATE | | | | |
| 3. LOCAL | | | | |
| 4. OTHER (ATTACH LIST) | | | | |
| 5. TOTAL TAXES PAYABLE | | | | |
| 6. ACCOUNTS PAYABLE | | | | |

| STATUS OF POSTPETITION TAXES | BEGINNING TAX LIABILITY | AMOUNT WITHHELD OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
|---|---|---|---|---|
| FEDERAL | | | | |
| 1. WITHHOLDING | | | | |
| 2. FICA-EMPLOYEE | | | | |
| 3. FICA-EMPLOYER | | | | |
| 4. UNEMPLOYMENT | | | | |
| 5. INCOME | | | | |
| 6. OTHER (ATTACH LIST) | | | | |
| 7. TOTAL FEDERAL TAXES | | | | |
| STATE AND LOCAL | | | | |
| 8. WITHHOLDING | | | | |
| 9. SALES | | | | |
| 10. EXCISE | | | | |
| 11. UNEMPLOYMENT | | | | |
| 12. REAL PROPERTY | | | | |
| 13. PERSONAL PROPERTY | | | | |
| 14. OTHER (ATTACH LIST) | | | | |
| 15. TOTAL STATE & LOCAL | | | | |
| 16. TOTAL TAXES | | | | |

**Monthly Operating Report**
**CASH BASIS-2**

CASE NAME: Greenville Realty Associates LP

CASE NUMBER: 16 - 41993

| BANK RECONCILIATIONS | Acct #1 | Acct #2 | Acct #3 | |
|---|---|---|---|---|
| A. BANK: BoA | | | | TOTAL |
| B. ACCOUNT NUMBER: 4830 2875 7512 | | | | |
| C. PURPOSE (TYPE): | DIP Acct | | | |
| 1. BALANCE PER BANK STATEMENT | -1514.45 | | | |
| 2. ADD: TOTAL DEPOSITS NOT CREDITED | 56570.86 | | | |
| 3. SUBTRACT: OUTSTANDING CHECKS | 19031.52 | | | |
| 4. OTHER RECONCILING ITEMS | | | | |
| 5. MONTH END BALANCE PER BOOKS | 36,024.89 | | | |
| 6. NUMBER OF LAST CHECK WRITTEN | 1368 | | | |

| INVESTMENT ACCOUNTS | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
|---|---|---|---|---|
| BANK, ACCOUNT NAME & NUMBER | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. TOTAL INVESTMENTS | | | | |

**CASH**

| 12. CURRENCY ON HAND | |
|---|---|
| 13. TOTAL CASH - END OF MONTH | |

**Monthly Operating Report**
CASH BASIS-3

CASE NAME: Granville Realty Associates, LP
CASE NUMBER: 16-41993

## ASSETS OF THE ESTATE

| SCHEDULE "A" REAL PROPERTY | SCHEDULE AMOUNT | MONTH | MONTH | MONTH |
|---|---|---|---|---|
| 1. | 2,200,000 | 2,200,000 | | |
| 2. | | | | |
| 3. | | | | |
| 4. OTHER (ATTACH LIST) | | | | |
| 5. TOTAL REAL PROPERTY ASSETS | | | | |
| SCHEDULE "B" PERSONAL PROPERTY  N/A | | | | |
| 1. CASH ON HAND | | | | |
| 2. CHECKING, SAVINGS, ETC. | 1400 | 1400 | | |
| 3. SECURITY DEPOSITS | | | | |
| 4. HOUSEHOLD GOODS | | | | |
| 5. BOOKS, PICTURES, ART | | | | |
| 6. WEARING APPAREL | | | | |
| 7. FURS AND JEWELRY | | | | |
| 8. FIREARMS & SPORTS EQUIPMENT | | | | |
| 9. INSURANCE POLICIES | | | | |
| 10. ANNUITIES | | | | |
| 11. EDUCATION | | | | |
| 12. RETIREMENT & PROFIT SHARING | | | | |
| 13. STOCKS | | | | |
| 14. PARTNERSHIPS & JOINT VENTURES | | | | |
| 15. GOVERNMENT & CORPORATE BONDS | | | | |
| 16. ACCOUNTS RECEIVABLE | | | | |
| 17. ALIMONY | | | | |
| 18. OTHER LIQUIDATED DEBTS | | | | |
| 19. EQUITABLE INTERESTS | | | | |
| 20. CONTINGENT INTERESTS | | | | |
| 21. OTHER CLAIMS | | | | |
| 22. PATENTS & COPYRIGHTS | | | | |
| 23. LICENSES & FRANCHISES | | | | |
| 24. CUSTOMER LISTS | | | | |
| 25. AUTOS, TRUCKS & OTHER VEHICLES | | | | |
| 26. BOATS & MOTORS | | | | |
| 27. AIRCRAFT | | | | |
| 28. OFFICE EQUIPMENT | | | | |
| 29. MACHINERY, FIXTURES & EQUIPMENT | | | | |
| 30. INVENTORY | | | | |
| 31. ANIMALS | | | | |
| 32. CROPS | | | | |
| 33. FARMING EQUIPMENT | | | | |
| 34. FARM SUPPLIES | | | | |
| 35. OTHER (ATTACH LIST) | | | | |
| 36. TOTAL PERSONAL PROPERTY ASSETS | | | | |
| 37. TOTAL ASSETS | 2,201,400 | 2,201,400 | | |

**Monthly Operating Report**
CASH BASIS-4

CASE NAME: Tarentilly Realty Assets LP
CASE NUMBER: 16-41993

MONTH: _____

### LIABILITIES OF THE ESTATE

| PREPETITION LIABILITIES | SCHEDULE AMOUNT | PAYMENTS |
|---|---|---|
| 1. SECURED | 4,700,000 | 0 |
| 2. PRIORITY | 70,232 | 0 |
| 3. UNSECURED | 8,537 | 0 |
| 4. OTHER (ATTACH LIST) | | |
| 5. TOTAL PREPETITION LIABILITIES | | |

| POSTPETITION LIABILITIES | DATE INCURRED | AMOUNT OWED | DUE DATE | AMOUNT PAST DUE |
|---|---|---|---|---|
| 1. FEDERAL INCOME TAXES | | | | |
| 2. FICA/MEDICARE    N/A | | | | |
| 3. STATE TAXES | | | | |
| 4. REAL ESTATE TAXES | | | | |
| 5. OTHER TAXES (ATTACH LIST) | | | | |
| 6. TOTAL TAXES | | | | |
| OTHER POSTPETITION LIABILITIES INCLUDING TRADE CREDITORS (LIST NAMES OF CREDITORS) | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. (IF ADDITIONAL ATTACH LIST) | | | | |
| 30. TOTAL OF LINES 7 - 29 | | | | |
| 31. TOTAL POSTPETITION LIABILITIES | | | | |

**Monthly Operating Report**
CASH BASIS-5

CASE NAME: Growth the Ruth Assets LP
CASE NUMBER: 16-41993

MONTH: NOV 2016

### PAYMENTS TO INSIDERS AND PROFESSIONALS

#### INSIDERS

| NAME | TYPE OF PAYMENT | AMOUNT PAID | TTL PD TO DATE |
|---|---|---|---|
| 1 Bankruptcy | | 1717 | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| TOTAL PAYMENTS TO INSIDERS | | | |

#### PROFESSIONALS

| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TTL PAID TO DATE | TOTAL INCURRED & UNPAID |
|---|---|---|---|---|---|
| 1 Eric Lewis | | | 1717 | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | | | | |

### POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 TOTAL | | | |

**Monthly Operating Report**
CASH BASIS-6

CASE NAME: Brunetti Realty Assets LP

CASE NUMBER: 16-41993

MONTH: _____

### QUESTIONNAIRE

| | YES | NO |
|---|---|---|
| 1. HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | ✓ |
| 2. HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | ✓ | |
| 3. ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES OR LOANS) DUE FROM RELATED PARTIES? | | ✓ |
| 4. HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | | ✓ |
| 5. HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | ✓ |
| 6. ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | ✓ |
| 7. ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | ✓ |
| 8. ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | ✓ |
| 9. ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | ✓ |
| 10. ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | ✓ |
| 11. HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | ✓ |
| 12. ARE ANY WAGE PAYMENTS PAST DUE? | | ✓ |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES", PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

### INSURANCE

| | YES | NO |
|---|---|---|
| 1. ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | ✓ | |
| 2. ARE ALL PREMIUM PAYMENTS PAID CURRENT? | ✓ | |
| 3. PLEASE ITEMIZE POLICIES BELOW | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO" OR IF ANY POLICIES HAVE BEEN CANCELED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

### INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |